IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN LAMB**                                                                                   **PETITIONER**

**VS.**                              **CASE NO. 5:11V00064 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 5th day of August, 2011.

                                                          _/s/ James M. Moody_
                                                          UNITED STATES DISTRICT JUDGE